IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          **INDICTMENT**

**JOSE ALVARO MARTINEZ-PALOMARES**          4:13cr 77 RH
a/k/a "Ramon Gerardo Soldevilla Viera"
_____/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about July 18, 2012, in the Northern District of Florida, the defendant,

**JOSE ALVARO MARTINEZ-PALOMARES,**
**a/k/a "Ramon Gerardo Soldevilla Viera,"**

did knowingly, and with the intent to engage unlawfully in employment in the United

States make a false statement and claim to be a citizen and national of the United States,

that is, in the course of applying for employment, defendant checked a box on an

immigration form I-9 to claim he was a "citizen or national of the United States," when in

truth and in fact defendant knew he was a citizen of Mexico and not a citizen and national

of the United States.

In violation of Title 18, United States Code, Section 1015(e).

## COUNT TWO

On or about July 18, 2012, in the Northern District of Florida, the defendant,

**JOSE ALVARO MARTINEZ-PALOMARES,**
**a/k/a "Ramon Gerardo Soldevilla Viera,"**

for the purpose of obtaining something of value from any person and for any other purpose, knowingly, and with intent to deceive, did falsely represent a number, namely, xxx-xx-2143, to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT THREE

On or about July 18, 2012, in the Northern District of Florida, the defendant,

**JOSE ALVARO MARTINEZ-PALOMARES,**
**a/k/a "Ramon Gerardo Soldevilla Viera"**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the name and social security number of R.G.S.V., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(11), namely, social security fraud, as charged in Count Two of this Indictment.

2

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

Redacted

8/6/2013

DATE

PAMELA C. MARSH
United States Attorney

HERBERT LINDSEY
Assistant United States Attorney