# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                   Case No.   4:13cr77- RH

JOSE ALVARO MARTINEZ-PALOMARES
a/k/a "Ramon Gerardo Soldevilla Viera"

_____/

## STATEMENT OF FACTS

COMES NOW THE UNITED STATES OF AMERICA and Jose Alvaro Martinez-Palomares, and provide this factual basis for acceptance of a guilty plea.

The defendant was employed by Tadlock Roofing. An audit of I-9 forms at Tadlock Roofing revealed that the defendant was using identification documents not belonging to him. The identification documents belonged to RGSV. The defendant used the name, birth certificate, date of birth, and social security number that belonged to RGSV to identify himself as RGSV. The social security number ended in 2143. A review of the Florida Driver and Vehicle Information Database (DAVID) was performed. It was discovered that the defendant, posing as RGSV, presented a Puerto Rican birth certificate, and social security number ending in 2143, in order to obtain a Florida Driver License on September 14, 2009, in the name RGSV. The defendant, posing as RGSV used the social security number issued to RGSV as if it was issued to

FILED IN OPEN COURT ON

__October 17, 2013__

1

United States District Court
Northern District of Florida

him.  Defendant's employment application with Tadlock Roofing shows that he used the name and social security number (ending in 2143) that belonged to RGSV, as if they were his, to secure employment.  He also used the name of RGSV on the Form W-4 dated July 18, 2012.  The defendant also held himself out to be a US citizen in an I-9 form for employment with Tadlock Roofing dated July 18, 2012, identifying himself as RGSV and checking the box representing himself as a US citizen.  The defendant used the name and social security number of RGSV without lawfully authority.  The defendant is a citizen of Mexico, and is in the United States illegally.  The defendant's true name is Jose Alvaro Martinez-Palomares.

## ELEMENTS OF SOCIAL SECURITY FRAUD

1)    For any purpose with intent to deceive;

2)    the defendant represented a particular social security number to be his; and

3)    such representation was false.

2

## ELEMENTS OF AGGRAVATED IDENTITY THEFT

1)    the defendant knowingly transferred, possessed, or used another person's means of

identification;

2)    without lawful authority; and

3)    during and in relation to social security fraud.


PAMELA C. MARSH
United States Attorney

_____
Randolph P. Murrell
Counsel for Defendant

Herbert S. Lindsey
Texas Bar No. 00784476
Assistant U.S. Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301-1841

10/17/13
Date

17 OCT 2013
Date


Jose Alvaro Martinez-Palomares
Defendant

10/17/13
Date

3